1

2

3

4

5

6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                        FOR THE EASTERN DISTRICT OF CALIFORNIA

11   LEON ROBINSON,

12              Petitioner,              No. CIV S-09-958 JAM KJM P

13        vs.

14   JOHN HAVILAND,

15              Respondent.              <u>ORDER</u>

16   _____/

17              Petitioner is a state prison inmate proceeding pro se with a petition for a writ of

18   habeas corpus under 28 U.S.C. § 2254.  On November 23, 2009, petitioner filed an amended

19   petition for a writ of habeas corpus and a motion to proceed in forma pauperis; the petition was

20   signed on November 10, 2009.  Generally, once an answer has been filed, a party may amend a

21   pleading only by leave of court or by written consent of the adverse party.  <u>See</u> Fed. R. Civ. P.

22   15(a).  An answer was filed on November 23, 2009.  However, under the prison mailbox rule, a

23   prisoner's document is deemed filed when it is provided to prison authorities for mailing.

24   <u>Houston v. Lack</u>, 487 U.S. 266, 276 (1988).  Accordingly, this amended petition was filed before

25   the answer was filed and is properly before the court.

26   /////

                                      1

Accordingly, IT IS THEREFORE ORDERED:

1.  Petitioner's motion to proceed in forma pauperis (docket no. 13) is denied as moot;

2.  Respondents are directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  Because respondent has already filed the record in response to the court's previous order, he need not file a duplicate record, but may refer to the record by the docket number of his previous answer; and

3.  Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

DATED: April 6, 2010.

_____
U.S. MAGISTRATE JUDGE

2
robi0958.100amd